## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAKIR YUSSUPOV,** | : | |
| *Petitioner,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 26-cv-2258** |
| | : | |
| **JOHN RIFE, Field Office Director of** | : | |
| **Enforcement and Removal Operations,** | : | |
| **Philadelphia Field Immigration and Customs** | : | |
| **Enforcement,** *et al.*, | : | |
| *Respondents.* | : | |

## <u>ORDER</u>

**AND NOW**, this **8th** day of **April 2026**, upon review of Petitioner Shakir Yussupov's Petition for Writ of Habeas Corpus (ECF No. 1), and the docket, it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service on or before **<u>April 13, 2026</u>, at 12:00 p.m. (noon)**.

3. In light of the Respondents' representations in other cases with nearly identical material circumstances and this Court's and District's prior decisions, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Demirel v. Fed. Det. Ctr. Phila.* (No. 25-cv-5488); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191); the Court understands that the Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). If Respondents view this case as containing meaningfully

distinguishable facts from such prior cases, Respondents shall file a brief letter response explaining the distinguishing facts, on or before **April 15, 2026, at 4:00 p.m.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**